# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & CRAFTWORKERS LOCAL 13, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TWIN CITY TILE, WILLIAM WREN, and HOWARD ILLINGWORTH, <br><br> Defendants. | 2:05-cv-0103-BES-LRL <br><br> **ORDER** |

    Before the court is a form for entry of a clerk's default. This form was docketed as a Motion for Entry of Clerk's Default of William Wren (# 22). Fed. R. Civ. P. 55(a) provides that when a default entry is sought, the party requesting the relief must make a showing by affidavit, or otherwise, that the party against whom the relief is sought has failed to plead or otherwise defend the action. Neither a request, nor an affidavit, was filed in this instance as required by Rule 55(a).

    Accordingly and for good cause shown,

    IT IS ORDERED plaintiffs' Motion for Entry of Clerks Default of William Wren (# 22) is DENIED without prejudice.

    DATED this 7th day of June, 2006.

*/s/ L.R. Leavitt*
_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**