# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FUND, et al.,<br><br>  Plaintiff(s),<br><br>v.<br><br>TWIN CITY TILE, INC., et al.,<br><br>  Defendant(s). | 2:05-CV-1103 JCM (VCF) |

## ORDER

Presently before the court is plaintiffs' affidavit of renewal of default judgment. (Doc. # 36). No opposition has been filed.

A court in this district initially entered a default judgment against defendant on March 8, 2007. Plaintiff filed its affidavit of renewal of default judgment on March 5, 2013. This case was reassigned to this court on March 21, 2013.

NRS 17.214 establishes the procedures for renewing a judgment. Among other things, NRS 17.214 requires "that an affidavit of renewal of judgment be filed with the court clerk within 90 days before the date the judgment expires by limitation." NRS 17.214. "An action on a judgment or its renewal must be commenced within six years under NRS 11.190(1)(a); thus a judgment expires by limitation in six years." *Leven v. Frey*, 168 P.3d 712, 715 (Nev. 2007); *O'Lane v. Spinney*, 874 P.2d

**James C. Mahan**
**U.S. District Judge**

754, 755 (Nev. 1994) ("Judgment renewal [pursuant to NRS 17.214] is simple: the judgment creditor simply files an affidavit with the clerk of the court where the judgment is entered within ninety days before the judgment expires.").

Plaintiff timely filed its affidavit of renewal of default judgment with the clerk of the court, and applied with all relevant statutory requirements.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's affidavit of renewal of default judgment (doc. # 36) be, and the same hereby, is GRANTED.

DATED April 12, 2013.

**UNITED STATES DISTRICT JUDGE**