UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FUND, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> TWIN CITY TILE, INC., et al., <br><br> Defendant(s). | Case No. 2:05-CV-1103 JCM (VCF) <br><br> ORDER |

Presently before the court is plaintiffs Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust Fund, et al.'s ("Bricklayers") motion for entry of judgment nunc pro tunc. (Doc. # 42). Responses in opposition were due by March 15, 2015. No responses in opposition have been filed.

A court in this district initially entered a default judgment against defendant on March 8, 2007.[1] Plaintiffs filed their affidavit of renewal of default judgment on March 5, 2013, which this court granted on April 12, 2013. (Doc. # 38).

Plaintiffs now request that the 2007 order granting their motion for default judgment against defendants Twin City Tile, Inc.; William Wren; and Howard Illingworth (doc. # 29) be entered as a separate document pursuant to Federal Rules of Civil Procedure 58(a) and (d).

---

[1] The order was entered by District Judge Brian Sandoval on March 8, 2007. (Doc. # 29). On March 12, 2013, then-Chief Judge Robert C. Jones ordered the case reassigned to Judge James C. Mahan for all further proceedings. (Doc. # 37).

**James C. Mahan**
**U.S. District Judge**

1  Pursuant to Local Rule 7-2, an opposing party must file points and authorities in response to a motion. *See* LR IB 7-2(d). Failure to file a timely response constitutes the party's consent to the granting of the motion. *See id.*

Based on Federal Rules of Civil Procedure 58(a) and (d), and in light of defendants' failure to respond, the court finds it appropriate to grant plaintiffs' motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED plaintiffs Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust Fund, et al.'s motion for entry of judgment nunc pro tunc (doc. # 42) be, and the same hereby is, GRANTED. The clerk of court shall enter judgment accordingly nunc pro tunc in a separate document as directed by Federal Rule of Civil Procedure 58.

DATED April 2, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -